1  David Joseph Macher
2  Attorney at Law
   State Bar No. 134205
3  25096 Jefferson Avenue, Suite B
4  Murrieta, California 92562
   951-677-7431 [office]
5  951-677-3937 [facsimile]
   dmacher@verizon.net
6
7  Attorney for Defendant
   Harold G. Meza, Jr.
8

9                  **UNITED STATES DISTRICT COURT**
10                 **CENTRAL DISTRICT OF CALIFORNIA**
11

12 **UNITED STATES OF AMERICA,**       )
                            Plaintiff, ) Case No. ED CR 06-63-VAP
13                                     )
14            v.                       ) **PROPOSED CORRECTIONS TO**
15                                     ) **THE PRESENTENCE REPORT**
16 **HAROLD G. MEZA, JR.,**            )
                            Defendant. )
17 _____     )
18

19      Defendant Harold G. Meza, Jr., by and through his attorney of record,
20 David Joseph Macher, generally agrees with the contents of the Presentence
21 Investigation Report. Mr. Meza respectfully submits the following proposed
22 corrections to minor errors in the report:
23      (1) ¶¶ 13, 15, and 31
24      The real estate office where Mr. Meza worked was JLF, not JFL.
25      (2) ¶ 56
26      The correct telephone number for Mr. Meza's sister, Belen Aragon, is
27 760-900-4702.
28

1     (3) ¶ 59

2     In line three, the correct word is "sites" rather than "sights."

3     (4) ¶ 61

4     Mr. Meza had telephone contact with his ex-wife, Vienna, up to the

5 date of August 5, 2005.

6     (5) ¶ 70

7     The correct name for the veteran's hospital is Jerry L. Pettis VA

8 Medical Center, Loma Linda, California. Dr. Vu is Mr. Meza's primary

9 physician.

10     (6) ¶ 81

11     Mr. Meza graduated from high school in 1967 rather than 1968.

12     (7) ¶ 91

13     Mr. Meza was a real estate agent rather than a broker.

14     (8) ¶ 93

15     Mr. Meza enlisted in the United States Air Force in January 1968 rather

16 than 1969.

17                  **CONCLUSION**

18     Mr. Meza respectfully requests the proposed corrections be made to

19 the PSI.

20 Dated: September 2, 2010.

21                         Respectfully submitted,

22

23                         _/s/ David Joseph Macher_

24                         David Joseph Macher
                           Attorney for Defendant

25                         Harold G. Meza, Jr.

26

27

28

**CERTIFICATE OF SERVICE**

I, David Joseph Macher, hereby declare:

I am over the age of 18 years, and am not a party to the present action.

On September 2, 2010, I electronically served the document entitled **Proposed Corrections to the Presentence Investigation Report** with the Clerk of the Court using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on September 2, 2010, at Murrieta, California.

David Joseph Macher